# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI INC. AND ANDRX LABS, L.L.C., <br><br> *Plaintiffs*, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 18-1564-MSG |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court having considered the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiffs Shionogi Inc. and Andrx Labs, L.L.C., and Defendant Amneal Pharmaceuticals LLC, it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims between Plaintiffs Shionogi Inc. and Andrx Labs, L.L.C., and Defendant Amneal Pharmaceuticals LLC in Civil Action No. 18-1564-MSG are hereby dismissed with prejudice, subject to the terms of the agreement entitled "Settlement and License Agreement" dated July 31, 2019.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them and neither party shall be required to pay any costs, attorney fees or other expenses associated with the matters settled by this Stipulated Motion for Dismissal with Prejudice.

IT IS SO ORDERED this **5th** day of **August**, 2019.

_____
UNITED STATES DISTRICT JUDGE